UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 1-27-20

SUSAN LIZZUL,

                Plaintiff,        19cv245 (JGK)

- against -                ORDER

MTA METRO-NORTH RAILROAD

                Defendants.

**JOHN G. KOELTL, District Judge:**

Pre-trial deadlines have now passed. The parties are directed to submit a status report to the Court by **February 7, 2020** explaining why this case should not be closed.

**SO ORDERED.**

Dated:    New York, New York
          January 27, 2020

                                    John G. Koeltl
                               United States District Judge